**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MATTHEW ROBERT ELMORE,**

      *Plaintiff,*

 **v.**                               **Case No.: 4:26cv200-MW/MAF**

**INERNAL REVENUE SERVICE,**

      *Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. The report and recommendation was returned as undeliverable on June 26, 2026, with no forwarding address provided. ECF No. 8. And Plaintiff has failed to update this Court with a correct mailing address. However, it is Plaintiff's responsibility to alert the Court of any change in address and his failure to do so underscores the Magistrate Judge's recommendation regarding his failure to prosecute this action. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED**

**without prejudice** for failure to prosecute and failure to comply with a court order."

The Clerk shall close the file.

      **SO ORDERED on July 13, 2026.**

                  **s/Mark E. Walker**
                  **United States District Judge**